UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ALEXANDRO AGUIRRE and RAFAEL AGUIRRE<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>HOME DEPOT U.S.A., INC., a Delaware Corporation; JLG, and DOES 1 through 25, inclusive,<br>　　　　　　　Defendants.<br>_____/ | Case No.  1:10-CV-00311-LJO-GSA<br><br>ORDER ADOPTING PARTIES' STIPULATION REGARDING FILING OF SECOND AMENDED COMPLAINT IN PART<br><br>(Docs. 15 and 16) |

On May 13, 2010, the parties filed a stipulation in which the parties agreed that Plaintiffs may file a Second Amended Complaint.  The parties also agreed that Defendants Home Depot U.S.A. Inc., and JLG Industries Inc., may rely on previously filed answers in response to the Second Amended Complaint and no additional answers need to be filed.  The stipulation is GRANTED IN PART.

　Pursuant to the stipulation among the parties and good cause appearing thereto;

　IT IS ORDERED that Plaintiff's shall file a signed Second Amended Complaint within ten days of this order; and

　IT IS FURTHER ORDERED that for purposes of clarity of the docket, Defendants Home

1 | Depot U.S.A., Inc., and JLG Industries Inc., shall file an Answer to the Second Amended
2 | Complaint as required under the Federal Rule of Civil Procedure 12(a)(1)(A)(I).

     IT IS SO ORDERED.

     **Dated:   May 18, 2010**                    /s/ **Gary S. Austin**
                                                  UNITED STATES MAGISTRATE JUDGE