**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALEXANDER AGUIRRE, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>HOME DEPOT U.S.A., INC.,<br>et al.,<br><br>　　　　　　Defendants.<br>_____/<br>AND RELATED CROSS-ACTION.<br>_____/ | CASE NO. CV F 10-0311 LJO GSA<br><br>**ORDER TO DENY DISMISSAL AND TO ADDRESS HOME DEPOT'S CROSS-CLAIMS**<br>(Doc. 64.) |

　　　　Plaintiffs filed a June 14, 2012 notice of voluntary dismissal. The notice fails to comply with F.R.Civ.P. 41(a)(1)(A)(ii), which requires a stipulation signed by defendants who have answered or filed a summary judgment motion. As such, this Court DENIES dismissal of this action against defendant Compact Power Equipment Centers, LLC ("Compact") in the absence of compliance with F.R.Civ.P. 41(a)(1)(A)(ii). This Court ORDERS the plaintiffs and Compact, no later than June 22, 2011, to file either: (a) a stipulation which satisfies F.R.Civ.P. 41(a)(1)(A)(ii) and a proposed order to dismiss Compact; or (b) papers to show good cause why the parties have failed to comply with F.R.Civ.P. 41(a)(1)(A)(ii).

　　　　This Court FURTHER ORDERS defendant Home Depot U.S.A., Inc., no later than June 22, 2011, to file and serve papers to indicate whether it will continue to pursue its cross-claims against

1

1  Compact.  This Court carries the highest caseload per judge in the nation and is unable to devote
2  unnecessary resources to matters which will resolve.
3       This Court ADMONISHES counsel to obey the Federal Rules of Civil Procedure and this
4  Court's Local Rules and orders.  This Court FURTHER ADMONISHES counsel that failure to comply
5  with this order in the absence of good cause will result in imposition of sanctions, including monetary
6  sanctions and/or dismissal of claims action with or without prejudice.

10       IT IS SO ORDERED.
11  **Dated:     June 15, 2012**          /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE