**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALEXANDER AGUIRRE, et al., | CASE NO. CV F 10-0311 LJO GSA |
| Plaintiffs, | ORDER TO DISMISS DEFENDANT COMPACT |
| vs. | (Doc. 72.) |
| HOME DEPOT, U.S.A., INC., et al., | |
| Defendant. | |
| _____/ | |
| AND RELATED CROSS-ACTION | |
| _____/ | |

Based on the parties' stipulation under F.R.Civ.P. 41(a)(1)(A)(ii) and F.R.Civ.P. 41(c), this Court:

1. DISMISSES with prejudice all of plaintiffs' claims against defendant/cross-defendant Compact Power Equipment Centers, LLC ("Compact") only;

2. DISMISSES without prejudice all of defendant/cross-complainant Home Depot U.S.A., Inc.'s cross-claims against Compact; and

3. VACATES the July 17, 2012 hearing on Compact's summary judgment motion.

Given Compact's dismissal from this action, this Court will take no further action on Compact's

1

1 summary judgment motion. This Court DIRECTS the clerk to term the summary judgment motion
2 (doc. 56) but not to close this action.
3      IT IS SO ORDERED.
4 **Dated:   July 3, 2012**               /s/ **Lawrence J. O'Neill**
                                         UNITED STATES DISTRICT JUDGE