IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDRO AGUIRRE and, RAFAEL AGUIRRE | CASE NO. 1:10-cv-00311-LJO-GSA |
| Plaintiffs, | **JUDGMENT AND ORDER CLARIFYING ORDER GRANTING JLG'S MOTION FOR SUMMARY JUDGMENT** |
| vs. | |
| HOME DEPOT U.S.A., INC., et al., | |
| Defendants. | |

The Court clarifies that because all of plaintiffs Alexandro and Rafael Aguirre's (collectively "plaintiffs'") claims arise from their allegation that the boom lift was defective, its order granting JLG Industries, Inc.'s ("JLG") motion for summary judgment regarding the existence of a design or manufacturing defect as well as its alleged failure to warn necessarily disposed of all of plaintiffs' claims against defendant JLG.

Accordingly, this Court ENTERS judgment in favor of defendant JLG and against plaintiffs. No claims remain against JLG thus, there is no just reason to delay in entering judgment given that the dismissed claims against defendant JLG are clear and distinct from plaintiffs' claims against defendant Home Depot U.S.A., Inc. *See* FED. R. CIV. P. 54(b).

IT IS SO ORDERED.

Dated:  August 28, 2012                           /s/ Lawrence J. O'Neill
                                                  UNITED STATES DISTRICT JUDGE

1