IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDRO AGUIRRE and, RAFAEL AGUIRRE,<br><br>           Plaintiffs,<br><br>     vs.<br><br>HOME DEPOT U.S.A., INC., et al.,<br><br>           Defendants.<br>_____/ | CASE NO. 1:10-cv-00311-LJO-GSA<br><br>**ORDER STRIKING UNTIMELY FILED MOTION FOR SUMMARY JUDGMENT**<br>(Doc. 110) |

The August 3, 2011, scheduling order set a July 13, 2012, deadline to file pretrial motions. (Doc. 48). No extension of the deadline was sought or granted. Defendant Home Depot U.S.A., Inc. ("Home Depot") disobeyed the scheduling order and filed its motion for summary judgment on September 5, 2012, without requesting leave from the Court. This motion is nearly two months late. This Court will not tolerate disobedience of its orders. Accordingly, this Court STRIKES Home Depot's motion for summary judgment. (Doc. 110). Plaintiffs need not respond to the motion for summary judgment and this Court will take no further action on it.

This Court ORDERS the parties' counsel, no later than September 20, 2012, to meet and confer meaningfully on the following issues: (1) whether the Court's order and judgment on JLG Industries, Inc.'s motion for summary judgment (Docs. 106, 109) precludes plaintiffs' strict products liability claim against Home Depot; and (2) whether plaintiffs' negligence claim against Home Depot should be limited

1 to their claim that Home Depot negligently maintained or failed to maintain and/or inspect the boom lift.
2 The parties shall state in their joint pretrial statement whether agreement has been reached on these
3 issues and delineate the precise issues to be tried.
4    Failure to comply with this order may be grounds for the imposition of sanctions on counsel or
5 parties who contributed to violation of this order.  This Court ADMONISHES the parties and counsel
6 that they are required to obey the Federal Rules of Civil Procedure, this Court's Local Rules, and orders
7 of the Court and are subject to sanctions as this Court deems appropriate.
8    IT IS SO ORDERED.
9 **Dated:   September 6, 2012**             /s/ Lawrence J. O'Neill
                                                                      UNITED STATES DISTRICT JUDGE