Frank E. Schimaneck, Esq. (SBN 73912)
Susan E. Foe, Esq. (SBN 148730)
DRYDEN, MARGOLES, SCHIMANECK & WERTZ
A Law Corporation
555 Montgomery, Suite 750
San Francisco, CA 94111
Telephone: (415) 362-6715
Facsimile: (415) 362-0638
Email: feschimaneck@drydenlaw.com; sefoe@drydenlaw.com

Attorneys for Defendant HOME DEPOT U.S.A., INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

ALEXANDRO AGUIRRE and RAFAEL AGUIRRE,

Plaintiffs,

v.

HOME DEPOT U.S.A., INC., et al.,

Defendants.

No. 1:10-CV-00311-LJO-GSA

**ORDER DISMISSING ENTIRE ACTION**

Judge: The Honorable Lawrence J. O'Neill

Dept: Courtroom 4, 7th Floor

Based on the stipulation of the parties to dismiss the entire action herein,

**IT IS HEREBY ORDERED AS FOLLOWS:**

The case filed on behalf of Plaintiffs Alexandro Aguirre and Rafael Aguirre is hereby dismissed as to all named defendants and all Doe defendants, with prejudice.

The clerk is directed to close this action.

IT IS SO ORDERED.

Dated:   November 13, 2012           /s/ Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE

DRYDEN,
MARGOLES,
SCHIMANECK
 & WERTZ
555 Montgomery Street
Suite 750
San Francisco,
California 94111
(415) 362-6715

[PROPOSED] ORDER DISMISSING ENTIRE ACTION

*Aguirre v. Home Depot U.S.A., Inc., et al.*; USDC -Eastern District of California, Action  No. 1:10-CV-00311-LJO-GSA